Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−14086−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gregory Santarsiero
    9 Mutineer Avenue
    Barnegat, NJ 08005

Social Security No.:
    xxx−xx−4784

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/14/26.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 14, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-14086-MBK

Gregory Santarsiero                                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                       Page 1 of 3

Date Rcvd: Jul 14, 2026                       Form ID: 148                                      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory Santarsiero, 9 Mutineer Avenue, Barnegat, NJ 08005-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2026 21:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2026 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521071444 | Email/Text: rm-bknotices@bridgecrest.com | Jul 14 2026 21:45:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 521071445 | EDI: CAPITALONE.COM | Jul 15 2026 01:21:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 521071446 | + Email/Text: bankruptcy@cavps.com | Jul 14 2026 21:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 500 Summit Lake Drive , Suite 400, Vahalla, NY 10595-2321 |
| 521262824 | + Email/Text: bankruptcy@cavps.com | Jul 14 2026 21:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521071447 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2026 21:50:21 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 521071448 | + EDI: DISCOVER | Jul 15 2026 01:21:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 521071449 | Email/Text: bankruptcycourts@equifax.com | Jul 14 2026 21:44:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 521071450 | ^ MEBN | Jul 14 2026 21:40:29 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 521071451 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 14 2026 21:44:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 521071452 | EDI: IRS.COM | Jul 15 2026 01:21:00 | Internal Revenue Service, 955 S Springfield Ave Bldg A, Springfield, NJ 07081 |
| 521079943 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2026 21:50:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521071454 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2026 21:50:37 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 521239479 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2026 21:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Jul 14, 2026 | Form ID: 148 | Total Noticed: 24

| 521262269 | | EDI: PRA.COM | | |
| | | | Jul 15 2026 01:21:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, POB 41067, NORFOLK, VA 23541 |
| 521071455 | + | Email/Text: BKMAIL@planethomelending.com | | |
| | | | Jul 14 2026 21:44:00 | Planet Home Lending, LLC, Attn: Bankruptcy 321 Research Parkway Su, Meriden, CT 06450-8301 |
| 521260972 | + | Email/Text: BKMAIL@planethomelending.com | | |
| | | | Jul 14 2026 21:44:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 521071456 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 14 2026 21:44:00 | Robertson, Anshutz, Schneid, Crane and Partners PL, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 521071457 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jul 14 2026 21:44:00 | State of NJ- Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 521079358 | ^ | MEBN | | |
| | | | Jul 14 2026 21:41:18 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 521071458 | ^ | MEBN | | |
| | | | Jul 14 2026 21:40:09 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 521071459 | + | EDI: WFAUTO | | |
| | | | Jul 15 2026 01:21:00 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521071453 | * | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Marc C Capone | |
| | on behalf of Debtor Gregory Santarsiero ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | |
| | on behalf of Creditor Planet Home Lending LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |

District/off: 0312-3                          User: admin                          Page 3 of 3
Date Rcvd: Jul 14, 2026                       Form ID: 148                         Total Noticed: 24

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4

Case 26-14086-MBK   Doc 19   Filed 07/16/26   Entered 07/17/26 00:14:44   Desc Imaged
Certificate of Notice   Page 4 of 4

District/off: 0312-3                          User: admin                          Page 3 of 3
Date Rcvd: Jul 14, 2026                       Form ID: 148                         Total Noticed: 24

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4